## Joe MEEKINS v. STATE.
### No. 16314.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Peden, Johnson & Peden, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to rape is the offense; penalty assessed at confinement in the penitentiary for a period of twenty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.